IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| WESTERN WORLD INSURANCE COMPANY, § § § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 5:10-CV-0811 |
| § | Judge Lee R. West |
| MARKEL AMERICAN INSURANCE COMPANY, § § § | |
| Defendant. § | |

## JOINT NOTICE OF SETTLEMENT

TO THE HONORABLE LEE R. WEST, UNITED STATES JUDGE:

Plaintiff, Western World Insurance Company ("Western World"), and Defendant Markel American Insurance Company ("Markel"), jointly make and file this Notice of Settlement, and state as follows:

1. Western World and Markel have reached a compromise agreement in settlement of all claims, and are currently in the process of preparing and executing mutually agreeable settlement documents. Upon execution of such settlement documents and exchange of the agreed upon settlement amount, the parties will file a Stipulation of Dismissal, requesting that all claims asserted by Western World against Markel be dismissed with prejudice.

2. The Court is respectfully requested to take note of the settlement between Western World and Markel and refrain from ruling on any outstanding motions currently pending.

JOINT NOTICE OF SETTLEMENT – Page 1

3. The Court is further respectfully requested to dismiss all claims filed by Western World against Markel with prejudice once the settlement has been concluded and the stipulation of dismissal is filed.

Respectfully submitted,

SAVRICK, SCHUMANN, JOHNSON, MCGARR, KAMINSKI & SHIRLEY, LLP

By: *Camille Johnson*
Camille Johnson
Texas State Bar No. 10686600
Gary N. Schumann
Texas State Bar No. 17851930
6440 N. Central Expressway, Suite 107
Dallas, Texas 75206
Phone: (214) 368-1515
Fax: (214) 292-9647
Email: camille@ssjmlaw.com
Email: gary@ssjmlaw.com

**ATTORNEYS FOR DEFENDANT,
MARKEL AMERICAN INSURANCE COMPANY**

Local counsel:

Laura McConnell-Corbyn
OBA #12394
Hartzog Conger Cason & Neville
201 Robert S. Kerr Ave., Suite 1600
Oklahoma City, OK  73102
Phone: (405) 235-7000
Fax: (405) 235-7329
lmcconnell@hartzoglaw.com

PIGNATO, COOPER, KOLKER & ROBERSON, P.C.

By: _____
Gerard F. Pignato, OBA No. 11473
Clayton B. Bruner, OBA No. 22079
1120 Robinson Renaissance
119 North Robinson
Oklahoma City, Oklahoma 73102
Telephone: (405) 606-3333
Facsimile: (405) 606-3334
E-mail:   Jerry@pclaw.org
          Clayton@pclaw.org

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of September, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing to all counsel of record.

_____
Camille Johnson